Sally B. McMinimee (5316)
Jared N. Parrish (11743)
**PRINCE, YEATES & GELDZAHLER**
A Professional Corporation
City Centre I, Suite 900
175 East 400 South
Salt Lake City, UT 84111
Telephone: (801) 524-1000
sbm@princeyeates.com
jnp@princeyeates.com

Attorneys for Receiver Robert G. Wing

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

**SEP - 9 2010**

D. MARK JONES, CLERK
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT G. WING, as Receiver for VESCOR CAPITAL CORP., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>**BRIAN Y. HORNE**, an individual, **KEVIN D. KUNZ**, an individual, **DESERET FINANCIAL SERVICES**, a Utah DBA, **HORNE FINANCIAL, INC.**, a Utah corporation, **INVESTMENT MANAGEMENT CORPORATION**, a Utah corporation, **TWIN K INVESTMENTS, INC.**, a Utah Corporation, and **MODENA HILLS, INC.**,<br><br>Defendants. | **JUDGMENT**<br><br>Civil No. 2:08CV780<br><br>Judge Dee Benson |

This action, having been considered by the court, and noting Court approval of a settlement agreement between the parties to this adversary proceeding, resulting in a stipulated judgment, the Court finds just cause for entry of the following judgment.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of plaintiff Robert G. Wing, as Receiver for VesCor Capital Corporation and affiliated entities, and against defendant Kevin D. Kunz, in the amount of $798,901.62. No pre- or post-petition interest shall accrue hereunder, pursuant to the agreement of the parties. All other relief requested by the plaintiff in the complaint is expressly denied.

DATED this 7th day of September 2010.

BY THE COURT:

By: _____
Honorable Dee Benson